

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-19-00040-CV

Style:                In re Starry Skies Ranch, L.P., Jo Arc Resources, Inc., and Sally Blackie Sengel


Date motion filed:                February 4, 2019

Type of motion:                Motion for Extension of Time to File Response to Petition for Writ of Mandamus

Party filing motion:                Real party in interest


Document to be filed:                Response to Petition for Writ of Mandamus

If motion to extend time:

    Original due date:                February 5, 2019

    Number of previous extensions granted:                Current Due date:

    Date Requested:                February 11, 2019

Ordered that motion is:

    ☑    **Granted**

        If document is to be filed, document due: **February 11, 2019**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____


Judge's signature:    _____/s/ Russell Lloyd_____
        ☑ Acting individually    ☐ Acting for the Court


Date:    _____February 6, 2019_____